IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>ROBERTO DELEON-ESCOTO,<br><br>　　　　　　　Defendant. | Case No. CR-05-25-S-BLW<br><br>**ORDER** |

　　　　The Court has before it a Report and Recommendation filed by the United States Magistrate Judge.  The Magistrate Judge conducted the plea hearing and concluded there is a factual basis for Defendant's plea of guilty to the single count contained in the Indictment, and that it was entered voluntarily and with full knowledge of the consequences.  No objections to the Report and Recommendation have been filed.

　　　　The Court now has reviewed the record, has reviewed the presentence report, and finds that the requirements of Rule 11 have been met.  Specifically, the Court finds that the Magistrate Judge adhered to the requirements of Rule 11(b); that the Defendant's plea was voluntary and not the result of force or threats or of promises apart from the plea agreement; and that a factual basis for the plea exists.

Order – 1

Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED that the Report and Recommendation (Docket No. 16) shall be, and the same is hereby, ADOPTED as the decision of the District Court and incorporated fully herein by reference.

IT IS FURTHER ORDERED that the Defendant's plea of guilty to Count 1 of the Indictment shall be, and the same is hereby, ACCEPTED by the Court as a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense.

IT IS FURTHER ORDERED that Roberto Deleon-Escoto is found to be GUILTY as to the crime charged in Count 1 of Indictment.

DATED:  **July 12, 2005**

_____
B. LYNN WINMILL
Chief Judge
United States District Court

**Order – 2**